UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-mj-02338-Goodman

UNITED STATES OF AMERICA

v.

RUBEN WESTBEY FREDRICKS,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  _____ Yes  \_\_\_X\_\_\_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  _____ Yes  \_\_\_X\_\_\_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Hillary F. Irvin
Assistant United States Attorney
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9094
Hillary.Irvin@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RUBEN WESTBEY FREDRICKS | ) Case No. 20-mj-02338-Goodman |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 28, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)(ii) | Posession with intent to distribute 5 kilograms or more of a controlled substance; and |
| Title 21, United States Code, Section 952(a) | Importation of controlled substances. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Stephen Griffith, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/03/2020

_____
Judge's signature

City and state: Miami, Florida

Hon. Jonathan Goodman
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen Griffith, Special Agent with U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this Affidavit is in support of a Criminal Complaint charging Ruben WESTBEY FREDRICKS ("WESTBEY FREDRICKS") with importation of controlled substances, in violation of Title 21, United States Code, Section 952(a) and possession with intent to distribute five (5) kilograms or more of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

2. I am a Special Agent with HSI, and have been so employed since December 2016. I have been in law enforcement since July 1997. As a Special Agent, I am responsible for investigating cross-border smuggling cases involving violations of United States customs and immigration laws, including Title 21 of the United States Code. During my twenty-three years (23) in law enforcement, I have become familiar with the investigation and enforcement of state and federal narcotics laws. I have participated in investigations involving violations of the Controlled Substance Act. As part of such investigations, I have conducted physical and electronic surveillance, participated in the execution of search warrants, and arrested numerous drug traffickers. I have conducted interviews of numerous informants and suspects and have spoken with experienced narcotics investigators concerning the methods and practices of drug traffickers and the laundering of illicit drug proceeds. I have received specialized training in the use of wiretaps, telephone toll records, and wire intercept equipment.

3. I respectfully submit that there is probable cause to believe that on or about February 28, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, WESTBEY FREDRICKS did knowingly and willfully possess with intent to distribute a

controlled substance, that is, five (5) or more kilograms of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii); and did knowingly import cocaine, in violation of Title 21, United States Code, Section 952(a).

4. The statements in this Affidavit are based upon my (i) training and experience as an HSI agent; (ii) personal observations and knowledge gained during this investigation; (iii) discussions with Customs and Border Patrol ("CBP") personnel; and (iv) conversations with other law enforcement agents who participated in the investigation. I have not included in this Affidavit each and every fact known to me or other law enforcement personnel about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause for the above-mentioned offense.

## PROBABLE CAUSE

5. On or about February 28, 2020, the M/V CARIB TRADER arrived in the United States after a voyage that originated in Gonaives, Haiti. The vessel arrived at the international terminal facility located at 2199 NW South River Drive, Miami, Florida, which is located on the Miami River. Upon arrival, CBP officers conducted a search of the vessel pursuant to standard border search procedures and, on February 29, 2020, discovered approximately fourteen (14) brick-shaped packages hidden inside of a void space above the ceiling in crew member WESTBEY FREDRICKS' cabin onboard the M/V CARIB TRADER. The white powdery substance discovered inside the brick-shaped packages field-tested positive for the presence of cocaine. The amount of that cocaine is estimated to be fourteen (14) kilograms.

6. HSI Special Agents and Task Force Officers removed the cocaine and replaced it with similarly packaged sham cocaine. Agents applied for and received a federal tracking order authorizing the monitoring of two tracking devices within two of the sham cocaine packages and

the use of a tamper detection device in the void space above the ceiling where the cocaine had been discovered. The tracking warrant was issued on February 29, 2020 (20-mj-02325-GOODMAN). The area was then returned to how it appeared prior to the inspection.

7. On the evening of March 2, 2020, the tamper detection beacon was triggered and Special Agents and Task Force Officers responded to WESTBEY FREDRICKS' cabin. During the subsequent investigation of the tamper detection beacon, Special Agents and Task Force Officers conducted a post-*Miranda* interview of WESTBEY FREDRICKS, who was encountered in his cabin. During the interview WESTBEY FREDRICKS admitted to bringing the cocaine discovered in the ceiling of his cabin into the United States from Haiti. WESTBEY FREDRICKS told agents that just prior to his trip he was approached by an individual named "Jorge" who asked WESTBEY FREDRICKS to smuggle the cocaine. WESTBEY FREDRICKS accepted the offer and understood he would be paid $5,000.00 United States dollars per kilogram of cocaine smuggled.

8. During the interview, WESTBEY FREDRICKS also advised agents that there were an additional five (5) packages of cocaine concealed within a separate void in the ceiling of his cabin. WESTBEY FREDRICKS then voluntarily showed agents the location of the additional packages and retrieved them. This discovery brought the combined total of packages discovered to nineteen (19) kilograms of cocaine.

[Space intentionally left blank]

## CONCLUSION

9. Based on the information contained in this affidavit, I believe that sufficient probable cause exists to determine that WESTBEY FREDRICKS knowingly imported a controlled substance into the United States, that is, five (5) kilograms or more of cocaine, in violation of 21 U.S.C. § 952(a), and knowingly possessed with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii).

Respectfully submitted,

_____
Stephen Griffith
Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 3rd day of March, 2020.

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-mj-02338-Goodman

### BOND RECOMMENDATION

DEFENDANT: Ruben A. Westbey Fredricks

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Hillary Irvin

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   Stephen J. Griffith
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI